In The 353rd District Court
of Travis County, Texas

Herbert Feist,
Relator,

Case No. D-1-GN-14004396

vs.

Texas Attorney General,
Respondent, et, Al;

Filed In The District Court
of Travis County, Texas
on _____ 3-9-15
at _____ 10:00A M.
Velva L. Price, District Clerk

Motion For Leave To
Proceed In Forma Pauperis

To The Honorable Judge of Said Court:

Comes Now, Relator Herbert Feist, in the Above said style of action, who respectfully moves this Honorable Court, for leave to so proceed without first being required to pre pay fees and expense, and in support of this Motion Relator has Attached his Affidavit of Poverty.

Respectfully

Herbert Feist

State of Texas
County of Jefferson

Affidavit of Poverty

I, Herbert Feist, certify, deposes and Attest to the truthfulness of the below Statement.

I Am the Relator, and proceeded As A true pauperis in the trial court;

1). I have no bank Accounts;

—1—

2) I, have no real or personal property of any value;

3) I, believe I will suceed on Appeal in this matter;

4) From time to time I make commissary for personal hygiene, writing supplies and life necessities;

5). I am to poor to pay the cost of this Appeal;

6). I, own no stock, bonds or certificates;

## Vertification

I, Herbert Feist, vertify that the foregoing Affidavit is true and correct, under the penalty of perjury, on this 3rd day of March, 2015.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Motion and Affidavit of Poverty to Assistant Attorney General; Daniel C. Neuhoff; P.O. Box 12548; Austin, Tx. 78711, on this 3rd March, 2015

Respectfully,

Herbert Feist #1880S
5030 Hwy 69 South
Beaumont, Tx 77705

NAME FEIST          HERBERT      HERMAN        JR    $     19.00
CELL PL27   I.D. NUMBER      18805  RACE B

JAILER

| DATE | BALANCE | RECEIVED | DISBURSED | OFFICER | | TYPE |
|---|---|---|---|---|---|---|
| 5/13/14 | 19.00 | 19.00 | .00 | GUIDRY | TA | A |
| 5/13/14 | 16.00 | .00 | 3.00 | LEBLANC III | W | M |
| 5/15/14 | 1.97 | .00 | 14.03 | MIRES | R | C |
| 5/29/14 | .47 | .00 | 1.50 | MARTIN | T | C |
| 6/04/14 | 50.47 | 50.00 | .00 | DAVENPORT | PA | B |
| 6/05/14 | .67 | .00 | 49.80 | MARTIN | T | C |
| 6/18/14 | 50.67 | 50.00 | .00 | DAVENPORT | PA | B |
| 6/19/14 | 13.57 | .00 | 37.10 | MARTIN | T | C |
| 6/26/14 | .27 | .00 | 13.30 | MARTIN | T | C |
| 7/02/14 | .00 | .00 | .27 | RAMIREZ | M | R |
| 7/02/14 | .27 | .27 | .00 | ADJ FOR VOID | | |
| 7/15/14 | 100.27 | 100.00 | .00 | DAVENPORT | PA | B |
| 7/17/14 | 35.41 | .00 | 64.86 | MARTIN | T | C |
| 7/31/14 | 2.06 | .00 | 33.35 | MORRIS | Y | C |
| 8/21/14 | .81 | .00 | 1.25 | MORRIS | Y | C |
| 8/27/14 | 20.81 | 20.00 | .00 | DAVENPORT | PA | B |
| 8/28/14 | .16 | .00 | 20.65 | MORRIS | Y | C |
| 10/06/14 | 3.16 | 3.00 | .00 | MORRIS | Y | T |
| 10/09/14 | 1.16 | .00 | 2.00 | MORRIS | Y | C |
| 10/13/14 | 4.16 | 3.00 | .00 | MORRIS | Y | T |
| 10/16/14 | .93 | .00 | 3.23 | MORRIS | Y | C |
| 10/20/14 | 3.93 | 3.00 | .00 | MORRIS | Y | T |
| 10/23/14 | .19 | .00 | 3.74 | MORRIS | Y | C |
| 10/27/14 | 3.19 | 3.00 | .00 | MORRIS | Y | T |
| 10/30/14 | .44 | .00 | 2.75 | MORRIS | Y | C |
| 11/03/14 | 3.44 | 3.00 | .00 | MORRIS | Y | T |
| 11/06/14 | .72 | .00 | 2.72 | MORRIS | Y | C |
| 11/10/14 | 3.72 | 3.00 | .00 | MORRIS | Y | T |
| 11/12/14 | 53.72 | 50.00 | .00 | MOORE | RR | B |
| 11/13/14 | 22.07 | .00 | 31.65 | MORRIS | Y | C |
| 11/17/14 | 25.07 | 3.00 | .00 | MORRIS | Y | T |
| 11/20/14 | 1.10 | .00 | 23.97 | MORRIS | Y | C |
| 11/24/14 | 4.10 | 3.00 | .00 | MORRIS | Y | T |
| 12/01/14 | 7.10 | 3.00 | .00 | MORRIS | Y | T |
| 12/04/14 | .60 | .00 | 6.50 | MARTIN | T | C |
| 12/08/14 | 3.60 | 3.00 | .00 | MORRIS | Y | T |
| 12/11/14 | .65 | .00 | 2.95 | MARTIN | T | C |
| 12/15/14 | 3.65 | 3.00 | .00 | MORRIS | Y | T |
| 12/18/14 | .30 | .00 | 3.35 | MARTIN | T | C |
| 12/22/14 | 3.30 | 3.00 | .00 | MORRIS | Y | T |
| 12/29/14 | 6.30 | 3.00 | .00 | MARTIN | T | T |
| 1/02/15 | 1.09 | .00 | 5.21 | MARTIN | T | C |
| 1/05/15 | 4.09 | 3.00 | .00 | MORRIS | Y | T |
| 1/08/15 | .02 | .00 | 4.07 | MARTIN | T | C |
| 1/12/15 | 3.02 | 3.00 | .00 | MORRIS | Y | T |
| 1/15/15 | 1.06 | .00 | 1.96 | MARTIN | T | C |
| 1/20/15 | 4.06 | 3.00 | .00 | MARTIN | T | T |
| 1/21/15 | 24.06 | 20.00 | .00 | DAVENPORT | PA | B |
| 1/22/15 | 12.00 | .00 | 12.06 | MARTIN | T | C |
| 1/26/15 | 15.00 | 3.00 | .00 | MARTIN | T | T |
| 1/29/15 | 2.65 | .00 | 12.35 | MORRIS | Y | C |
| 2/02/15 | 5.65 | 3.00 | .00 | MORRIS | Y | T |
| 2/05/15 | .40 | .00 | 5.25 | MARTIN | T | C |
| 2/09/15 | 3.40 | 3.00 | .00 | MORRIS | Y | T |
| 2/12/15 | .15 | .00 | 3.25 | MARTIN | T | C |
| 2/17/15 | 3.15 | 3.00 | .00 | MORRIS | Y | T |

2/23/15        6.15        3.00        .00   MORRIS        Y    T

3/02/15        16.15        10.00              .00   MORRIS           Y      T

OUT:

PRISONER SIGNATURE X _Herbert Feist_        $      16.15

RELEASING JAILER X _____